# FILED

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0044

# IN THE SUPREME COURT
## OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. **DA 22-0044**

IN RE THE MARRIAGE OF )
)
KALYN MARIE BRIGGS, )
)
             Petitioner/Appellee, )    **ORDER GRANTING**
)     **WITHDRAWAL OF COUNSEL**
   and )
)
EDWARD LaMONT BRIGGS, SR., )
)
          Respondent/Appellant. )

Upon the Motion of Daniel Ball and Hendrickson Law Firm, P.C., counsel for Petitioner/Appellee having no objection thereto, and for good cause shown:

**IT IS HEREBY ORDERED** that Daniel Ball and Hendrickson Law Firm, P.C., are hereby withdrawn as counsel of record for Respondent/Appellant Edward LaMont Briggs, Sr. in the foregoing matter, whose last known address and contact information is 5215 SW Admiral Way, Seattle, Washington 98116, phone: 206-399-9678, email: edbriggs@hotmail.com.

DATED this _____ day of April 2022.

By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2022